Perceiving nothing justifying a reversal or requiring discussion, the judgment is affirmed.

## Autry BRADLEY v. STATE.
### No. 16170.

Court of Criminal Appeals of Texas.

Nov. 15, 1933.

Jackson & Loftus, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery; punishment being assessed at five years in the penitentiary.

Appellant has filed his affidavit advising this court that he no longer desires to prosecute his appeal, and same is ordered dismissed.

## Phipps CAMP v. STATE.
### No. 16487.

Court of Criminal Appeals of Texas.

Nov. 22, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of chickens; the punishment, a fine of $10 and confinement in jail for fifteen days.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Dave ALLISON v. STATE.
### No. 16250.

Court of Criminal Appeals of Texas.

Nov. 15, 1933.

J. B. Henderson, Jr., of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully driving an automobile upon a public street while under the influence of intoxicating liquor; penalty assessed at confinement in the county jail for three days and a fine of $175.